**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **HAROLD AMON HOUSTON** | **CIVIL ACTION NO. 23-0958** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **DEPUTY ARNOLD** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 9] having been considered, no objections thereto having been filed, and agreeing with the findings of the Magistrate Judge under applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Harold Amon Houston's Complaint, [Doc. No. 1], is **DISMISSED WITHOUT PREJUDICE**.

**MONROE, LOUISIANA**, this 27th day of December 2023.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE